Case 1:25-mj-00221-ZMF   Document 1-1   Filed

Case: 1:25-mj-00221
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 9/17/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

I am a Task Force Officer of the United States Bureau of Alcohol, Tobacco, Firearms and Explosives (thereinafter, "ATF") assigned to the Strategic Task Force of Narcotics and Guns Initiative. I make this affidavit in support of a criminal complaint because there is probable cause to believe that Jefry PADILLA SANCHEZ committed a violation of 18 U.S.C. § 922(g)(1) in the District of Columbia.

This affidavit is submitted for the limited purpose of establishing probable cause and does not contain all facts known to me or to other investigators involved in this matter. Because I was not present at the scene of the defendant's arrest, the information contained herein is based on my investigation, which included reviewing reports, speaking with other investigators, and examining body-worn camera footage from investigators with personal knowledge of the events described.

Based on my investigation, I learned the following:

On September 12, 2025, at approximately 6:38 PM, Metro Transit Police Department (thereinafter, "MTPD") personnel observed an individual, later identified by his Salvadorian passport as Jefry Stevent PADILLA SANCHEZ (thereinafter, "PADILLA SANCHEZ"), fail to pay the required Metro fare by walking behind a paying customer to exit a faregate at the Fort Totten Metro Station, located at 201 Galloway Street NE, Washington, DC 20011. Officers stopped PADILLA SANCHEZ to issue him a fare evasion civil citation, during which a warrant check revealed an open extraditable warrant for PADILLA SANCHEZ's arrest held by Montgomery County, Maryland, Sheriff's Office, associated with a February 14, 2024, second-degree burglary conviction and violation of probation.

Officers arrested and searched PADILLA SANCHEZ and located a loaded handgun concealed in his waistband. The handgun is further described as a black 9mm Heckler & Koch model P2000SK, serial number 121-005815. The firearm was loaded with one (1) round of 9mm ammunition in the chamber and nine (9) additional rounds of 9mm ammunition in a seated ten-round capacity magazine.

Pictured below is an image of PADILLA SANCHEZ taken from MTPD body-worn camera footage as he is stopped for fare evasion by MTPD Sergeant R. O'Donnell.



Pictured below is an image from MTPD body-worn camera footage showing the handgun, circled in red, concealed in PADILLA SANCHEZ's waistband immediately prior to its recovery by MTPD Officer A. Ren.



MTPD Crime Scene Search Officer C. Benjamin responded to the scene and recovered firearm for forensic analysis. The firearm appeared to be fully functional, able to expel a projectile by means of an explosion, had a barrel length of less than twelve inches, and capable of being fired with the use of one hand.

On September 16, 2025, DC Metropolitan Police Department/ATF personnel test-fired the handgun in a laboratory setting and determined it to be operable.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia. Therefore, there is probable cause to believe that the firearm and ammunition described above traveled in interstate commerce before they were recovered in the District of Columbia.

The firearm and ammunition are depicted in the image below:




A government records check revealed the following image of the defendant in the State of Maryland's Parole & Probation database:



A criminal history records check revealed that the PADILLA SANCHEZ was convicted of the following crimes, which are punishable by imprisonment for a term exceeding one year:

On February 14, 2024, PADILLA SANCHEZ was convicted Second-Degree Burglary in the Circuit Court for Montgomery County, Maryland, case number C-15-CR-23-001003, and received a 3-year sentence of incarceration, suspend all but 195 days, 195 days credit for time served, and 2-years of supervised probation.

On November 16, 2023, PADILLA SANCHEZ was convicted of Unauthorized Removal of a Motor Vehicle in the District Court of Maryland for Montgomery County, case number D-06-CR-23-004358, and received a 4-year sentence of incarceration, suspend all but 3-years and 308 days.

Accordingly, on the date PADILLA SANCHEZ possessed the firearm and ammunition in this case, PADILLA SANCHEZ was aware that he had been

previously convicted of a crime that was punishable imprisonment by more than a year.

Based on the facts contained in this affidavit, there is probable cause to believe the following: On or about September 12, 2025, in the District of Columbia, the defendant, Jefry Stevent PADILLA SANCHEZ, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year did knowingly possess a firearm and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).



_____
Det. Brandon Twentymon
ATF Task Force Officer
Bureau Of Alcohol, Tobacco, Firearms and Explosives

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on September 17, 2025.*

_____
THE HONORABLE ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE