AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 12:05 pm, Sep 17, 2025

United States of America
v.
Jefry Stevent Padilla Sanchez

*Defendant*

)
)
)
)
)
)

Case: 1:25-mj-00221
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 9/17/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jefry Stevent Padilla Sanchez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm or Ammunition

Date: 09/17/2025

*Issuing officer's signature*

City and state: Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/17/2025, and the person was arrested on *(date)* 09/17/2025
at *(city and state)* Washington DC.

Date: 09/17/2025

*Arresting officer's signature*

D. Stallman - DUSM
*Printed name and title*